IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 19-20620-GLT
: Chapter: 13
Bonnie Kunkle :
:
: Date: 6/28/2023
*Debtor(s).* : Time: 11:00

## PROCEEDING MEMO

**MATTER:** #78 - Trustee's Certificate of Default Requesting Dismissal of Case.
#85 - Response to Trustees Certificate of Default
[Response due 6/3/2023]

***APPEARANCES*:**
Debtor: Michael S. Geisler
Trustee: Ronda J. Winnecour

**NOTES:** [11:15]

Winnecour: Withdrawing certificate of default. Can deal with reconciliation when notice of final cure if filed.

Geisler: Debtor overpaid by almost $6,000. There would be no arrearage if the payments had been properly applied.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 78] is DENIED as withdrawn. [Text order].

**DATED:** 6/28/2023